UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CORNELIUS DOLLY, | ) |
|     PLAINTIFF, | ) |
| v. | ) |
| CB SQUARED SERVICES, INC., D/B/A JIFFY LUBE. | ) CIVIL ACTION NO. 3:14CV00543MHL |
|     DEFENDANT. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Cornelius Dolly and Defendant CB Squared Services, Inc. d/b/a Jiffy Lube that the above-entitled action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without attorneys' fees or costs to any party, and waiving all rights of appeal.

The Court retains jurisdiction to enforce the terms of the Memorandum of Understanding Regarding Settlement Agreement entered into by the parties on November 14, 2014, and to issue an arbitration award resulting from any breach of the terms of said Memorandum of Understanding Regarding Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| CORNELIUS DOLLY | CB SQUARED SERVICES, INC D/B/A JIFFY LUBE |
| By: /s/ Lauren E. Fisher | By: /s/ K. Barrett Luxhoj |
| Lauren E. Fisher (VSB #80360) | K. Barrett Luxhoj (VSB 86302) |
| Tim Schulte (VSB # 41881) | Paul L. Warren (VSB 27454) |
| Blackwell N. Shelley, Jr. (VSB #28142) | Jared Arthur Clay (VSB 83755) |
| Shelley Cupp Schulte, P.C. | John H. Coston IV (VSB 83774) |
| 2020 Monument Avenue | WARREN & ASSOCIATES PLC |

SO ORDERED

11-25-14    /s/

M. Hannah Lauck
United States District Judge

| | |
|---|---|
| Richmond, VA 23220 | 409 Duke Street |
| (804) 644-9700 | Norfolk, Virginia 23510 |
| (804) 278-9634 (fax) | Tel: 757.274.0047 |
| shelley@scs-work.com | Fax: 757.274.0055 |
| schulte@scs-work.com | jwarren@warrenplc.com |
| fisher@scs-work.com | kbluxhoj@warrenplc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: November 24, 2014